ORIGINAL

United States District Court
Eastern District of New York

Ann Burton,
       Plaintiff,
-against-

New York Police Department,
Officers Vega #14345, and
Crilly #27276 of the 107th
Precinct.
       Defendants.

CV11-4071
Complaint
Jury Trial ☒ Yes ☐ No

TOWNES

RECEIVED
AUG 10 2011
BLOOM, M. PRO SE OFFICE

I. Parties in this Complaint

Plaintiff:
    Name: Ann Burton
    Street Address: 196-15C 65th Crescent #1B
    County, City: Queens, Fresh Meadows
    State & Zip Code: New York 11365
    Telephone Number: None

Defendant No. 1:
    Name: New York Police Department
    Street Address: 1 Police Plaza
    County, City: New York
    State & Zip Code: New York 10038
    Telephone Number: (646) 610-5000

Defendant No. 2:
    Name: Officer Vega #14345
    Street Address: 71-01 Parsons Blvd
    County, City: Queens, Fresh Meadows
    State & Zip Code: New York 11365

-1-

Telephone Number: (718) 969-5100

Defendant No. 3   Name: Officer Crilly #27276
Street Address: 71-01 Parsons Blvd
County, City: Queens, Fresh Meadows
State & Zip Code: New York 11365
Telephone Number: (718) 969-5100

II. Basis for Jurisdiction
A. What is the basis for federal court jurisdiction?
[X] Federal Question    [ ] Diversity of Citizenship
B. If the basis for federal court jurisdiction is question, what is the federal, constitutional, statutory or treaty right at issue?

1. Plaintiff, Ann Benton, informed NYPD 107th Precinct, in 2010, and defendants that she was engaged in protected activity.

2. On August 1, 2011, Plaintiff drank tap water from her apartment and experienced severe abdominal pain as she did on the previous night of July 31, 2011. Plaintiff telephoned the Fresh Meadows LLC service department and reported the problem to Joseph, and left a message for Supervisor Susan Brown to call back. Immediately, thereafter, plaintiff observed a hispanic male, talking to someone as he entered the basement of plaintiff's building. Plaintiff verified with Joseph, that there was no service order for her building or basement on August 1, 2011 at ___ PM, nor on July 28, 2011 at 8:30 PM when plaintiff heard someone cutting

-2-

a pipe in the basement. Supervisor Susan Brown never returned plaintiff's call. Plaintiff called FM LLC Security, who dispatched three personnel, and then called 911, and poison control.

Officers/Defendants Vega and Crilly were dispatched and refused to take plaintiff's complaint and generate a report. Crilly said this is a DEP matter and not a NYPD matter. I informed defendants of the Courts Order and presented the death threat evidence, which Defendant Crilly said he would not make a report for a month old incident. (EX 1)

Defendants retaliated against plaintiff for exercising her Constitutional rights and denied her the right to life, liberty, property, due process, as similarly situated tenants and citizens.

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of Citizenship of each party?
Plaintiff(s) state(s) of Citizenship
Defendant(s) state(s) of Citizenship

Non-applicable

III.   STATEMENT OF CLAIM

1. Plaintiff is Black, age 57, color brown, American. Defendants discriminated against plaintiff for her demographics when they failed to generate a report.

-3-

2) Defendants retaliated against plaintiff when she disclosed ongoing protected activities, and they refused to generate a medical emergency complaint.

3) Defendant NYPD, on numerous occasions, have violated plaintiffs Constitutional rights by its refusal to generate a complaint and altered complaint of plaintiff, which was reported to the Civilian Complaint Review Board and Police Plaza to no avail.

4) Plaintiffs reports to FM LLC Andrew Weisman, Apartment manager for plaintiff; Ari, general manager; and Susan Brown, Service and Maintenance Supervisor have all failed and refused to address plaintiffs requests, since Monday August 1, 2011, to inspect basement pipes leading to her apartment, to observe white residue in plaintiffs water, and to take a sample.

5) Defendants violated plaintiffs Constitutional rights to life, liberty, and property. Defendants failed and refused to generate a report per plaintiffs request.

## IV    INJURIES

1) Defendants willful, unlawful conduct has caused plaintiff undue emotional, mental and physical distress.

2) Defendants unlawful misconduct has caused plaintiff future emotional, mental, physical distress.

3) Defendants illegal misconduct in violation of plaintiffs Constitutional rights, has deprived plaintiff of due process,

-4-

life, liberty and due process.

4) Plaintiff visited physician and was prescribed medication for throat irritation, which plaintiff is unable to afford.

## I   RELIEF

1) Plaintiff seeks sanctions to the fullest extent of the law for violation of her Constitutional Rights.

2) Plaintiff seeks monetary compensation in the amount of $50,000,000 dollars for plaintiff's life changes as a result of their failure to carry out the laws of the land.

3) Plaintiff seeks punitive damages in the amount of $100,000,000 dollars for defendants abandonment of duties.

4) Plaintiff seeks damages to serve as an example and deterrent for defendants failure to serve and protect the citizens of New York including Plaintiff.

WHEREFORE, plaintiff respectfully prays for the Courts immediate intervention, and uphold any and all rights of plaintiffs, guaranteed under the U.S. Constitution, including an Order of Protection. Plaintiff forgives all of her enemies and prays that God does the same. I declare under penalty of perjury that the foregoing is true and correct

-5-

Respectfully submitted,	Dated:
Ana Benton, RN, Pro Se	August 5, 2011
196-15C 65th Crescent #1B
Fresh Meadows, NY 11365

—6—

EX 1



Death Threat
Received 6/30/11
In Federal Courtroom
11A.

-7-

August 5, 2011

Ann Burton Pro Se

Documents via Fed Ex # 914609815001024
1 - White Glove complaint (2) 16 pages
2 - 8/5/11 ltr to C. Amon 2 pages
3 - 7/25/11 ltr to H. Kolko 1 page
4 - Complaint EEOC (2) 10 pages
5 - AFGE Amended (2) 21 pages
6 - NYPD Complaint (2) 7 pages

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 10 2011 ★

BROOKLYN OFFICE